# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA

      v.                    CRIMINAL NO. 2005-10277-PBS

TINA LE,
STEPHEN NGUYEN,
MERCEDES ACAR,
      Defendants.

## ORDER FOR FINAL STATUS CONFERENCE (L.R. 116.5(C))

COLLINGS, U.S.M.J.

Counsel are directed to report for a Final Status Conference pursuant to Local Rule 116.5(C) on **THURSDAY, APRIL 20, 2006 AT 3:30 P.M.** at Courtroom #14 (5th floor), John Joseph Moakley United States Courthouse, 1 Courthouse Way, Boston, Massachusetts before the undersigned. If counsel files, *on or before the close of business on TUESDAY, APRIL 18, 2006*, a statement to the effect that his or her client will offer a change of plea to the charge(s) contained in the Indictment, the conference shall be canceled as to that defendant.

Pursuant to Local Rule 116.5(C), if counsel has not filed a statement on behalf of his client as per the preceding paragraph, counsel for the defendant(s) shall confer with the Assistant U.S. Attorney and, **no later than 12 Noon on WEDNESDAY, APRIL 19, 2006,** file[1] a joint memorandum addressing all of the issues listed in Local Rule 116.5(C)(1) through (9) and any other issue relevant to the progress of the case.

/s/ Robert B. Collings
ROBERT B. COLLINGS
United States Magistrate Judge

February 1, 2006.

---

[1] Counsel shall, at the same time, deliver a copy of the Joint Memorandum to Noreen Russo, Esquire, Courtroom Deputy Clerk to my session.