```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

|  |  |
|---|---|
| UNITED STATES OF AMERICA,  ) | |
|        Petitioner,  ) | |
|                        ) | |
|        v.               ) | CIVIL ACTION NO. 05-10277-PBS |
|                        ) | |
| STEPHEN NGUYEN,        ) | |
|        Respondent.  ) | |

**DENIAL OF**
**<u>CERTIFICATE OF APPEALABILITY</u>**

April 30, 2009

Saris, U.S.D.J.

    Pursuant to 28 U.S.C. § 2253(c)(3), I deny the request for a certificate of appealability because the applicant has made no substantial showing of the denial of a constitutional right.

                                                   <u>S/PATTI B. SARIS           </u>
                                                   United States District Judge